

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDUARDO VALADEZ, | § | No. 08-23-00267-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| EL PASO CENTRAL APPRAISAL DISTRICT & EL PASO COUNTY APPRAISAL REVIEW BOARD, | § | of El Paso County, Texas |
| | § | (TC# 2023DTX0110) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed in part. The judgment of the trial court dismissing Appellant's claim against the El Paso County Appraisal Review Board is affirmed. The portion of the trial court's judgment dismissing Appellant's claim against the El Paso Central Appraisal District is reversed and remanded to the trial court for further proceedings consistent with the opinion of this Court.

We further order that Appellant recover from El Paso Central Appraisal District half of the costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS ORDERED THIS 28TH DAY OF JUNE 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.